IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WIREGRASS HOMEBUILDERS,** § | | **PLAINTIFF/** |
| INC., a Georgia Corporation § | | **COUNTER-DEFENDANT** |
| § | | |
| V. § | | Civil No. 1:09CV256-HSO-JMR |
| § | | |
| **INVESTMENT ACQUISITIONS GROUP,** § | | |
| **LLC, CHARLES A. WEBB, III, LEWIS G.** § | | |
| **NEGROTTO, IV, NEGROTTO &** § | | |
| **ASSOCIATES, PLLC, U.S. TITLE** § | | **DEFENDANTS/** |
| **COMPANY, PLLC, and** § | | **COUNTER-PLAINTIFFS/** |
| **JOHN/JANE DOES 1-5** § | | **THIRD-PARTY PLAINTIFFS** |
| § | | |
| § | | |
| **JANET TAYLOR-BRYAN, GLENDA** § | | |
| **POULOS, FIRST REALTY, INC.,** § | | |
| **COASTAL PROPERTY PROS, LLC,** § | | |
| **COASTAL PROPERTIES AND** § | | |
| **DEVELOPMENT, INC., RAYMOND R.** § | | |
| **YATES, JAMES R. GUERINO, and** § | | |
| **JOHN/JANE DOES 1-5** § | | **THIRD-PARTY DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on certain Defendants' Motion to Side Aside Assignments and to Dismiss [63]. The Court, after a full review and consideration of this Motion, the pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is hereby dismissed without prejudice for lack of jurisdiction pursuant to FED. R. CIV. P. 12(h)(3).

**SO ORDERED AND ADJUDGED**, this the 2nd day of August, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE